Helen J. Thorne, Appellee, v. Alcazar Amusement
Company, Appellant.

Gen. No. 23,882.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN K.
PRINDIVILLE, Judge, presiding. Heard in this court at the October
term, 1917. Reversed. Opinion filed March 25, 1918.

### Statement of the Case.

Action by Helen J. Thorne, a colored woman, plain-
tiff, against Alcazar Amusement Company, a corpo-
ration, defendant, to enforce the penalty provided by
sections 42 I, 42 J of the Criminal Code (J. & A.
¶¶ 3531, 3532), for wrongfully refusing to permit her
to occupy a seat in a theater operated by defendant,
for which she had purchased and received a ticket.
From a judgment for plaintiff, defendant appeals.

FRANK P. LEFFINGWELL, for appellant.

No appearance for appellee.

MR. JUSTICE DEVER delivered the opinion of the
court.

### Abstract of the Decision.

1. CIVIL RIGHTS, § 2*—*what is nature of proceeding under stat-
ute to recover penalty for exclusion from amusement place.* A
proceeding, under sections 42 I, 42 J of the Criminal Code (J. & A.
¶¶ 3531, 3532), to recover the statutory penalty for refusing a
colored person the right to occupy a seat in a place of amusement,
for which the price of admission has been paid, though civil in
form, is to recover a penalty for a criminal offense.

2. MUNICIPAL COURT OF CHICAGO, § 9*—*what is extent of juris-
diction as to imposition of penalties for criminal acts.* The Munic-
ipal Court of Chicago is a court of limited jurisdiction, and it has

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

no jurisdiction to impose penalties for criminal acts committed beyond the limits of the city.

3. MUNICIPAL COURT OF CHICAGO, § 9*—*how jurisdiction to try criminal cases must appear.* The jurisdiction of the Municipal Court of Chicago to try criminal cases must appear in the information or the pleadings upon which they are tried.